**DENY; and Opinion Filed July 28, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00846-CV

### IN RE FORUM STUDIO, INC., AND CLAYCO, INC., Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02018**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Bridges, and Justice Brown
Opinion by Justice Brown

Relators filed this petition for writ of mandamus requesting that the Court order the trial court to rule, prior to the arbitration of this case, on relators' motion to dismiss, filed pursuant to chapter 150 of the Texas Civil Practice and Remedies Code. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relators have failed to establish their right to mandamus relief.

/Ada Brown/

ADA BROWN

150846F.P05

JUSTICE